UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| RAYMJOND E. TEAGUE, JR.,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA,<br><br>Defendant. | 4:25-CV-04249-CBK<br><br>JUDGMENT<br>OF DISMISSAL |

The Court having entered its Order on March 17, 2026, it is hereby

ORDERED that Plaintiff's Complaint is dismissed without prejudice for failure to allege a

basis for federal court jurisdiction as stated in the Order.

Dated this 17th day of March, 2026.



MATTHEW W. THELEN, Clerk

_____
Clerk